IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMANDA BRAMBLE, *as Administrator of the Estate of Garlette Howard*, DIBON TOONE, TRACY CARR, GARLENE HOWARD, QUEEN HOWARD, TERRY LYNCH, and MERCEDES' FUNERAL MANSION AND CREMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Civ. No. 4:19-cv-54 |

## ACCEPTANCE OF SERVICE

Defendant Amanda Bramble, Administrator of the Estate of Garlette Howard ("Defendant"), through her undersigned attorney, hereby accepts service of the Summons and Complaint in the above-captioned matter (collectively, the "Pleadings"), which were provided to Defendant by counsel for Plaintiff Metropolitan Life Insurance Company on or before June 6, 2019. The undersigned represents that she is authorized by Defendant to accept service of the Pleadings on her behalf. The Defendant hereby waives all defenses related to insufficiency of process or insufficiency of service of process. This acceptance of service shall not constitute a waiver or admission as to any other claim, defense, or issue, and Defendant reserves all rights with respect to the same.

　　This the 25th day of June, 2019.

RANEE SINGLETON PLLC

*/s/ Ranee Singleton*
Ranee Singleton
P.O. Box 697
155 N. Market Street, Suite 203
Washington, NC 27889
Telephone: 252-946-1944
Fax: 252-946-1961
*Counsel for Amanda Bramble, Administrator of the Estate of Garlette Howard*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was filed electronically with the Clerk of Court using CM/ECF system with notice of case activity to be generated and sent electronically by the Clerk of Court to the following parties registered to receive such service:

Elizabeth Bondurant
Jesse Schaefer
Womble Bond Dickinson (US) LLP
555 Fayetteville Street
Raleigh, NC 27601
*Counsel for Metropolitan Life Insurance Company*

And was served upon all other parties by deposit in the United States Mail, Certified Mail/Return Receipt Request, postage prepaid, addressed as follows:

Garlene Howard
201 West Pine Street, Suite 203
Williamston, NC 27892

Queen Howard
206 Henderson Street
Williamston, NC 27892

Dibon Toone, Booking Number 172253
Pitt County Detention Center
124 New Hope Road
Greenville, NC 27834

Tracy Carr
PO Box 6584
Portsmouth, VA 23703

Terry Lynch
1044 McLawhorn Drive
Robersonville, NC 27871

Mercedes' Funeral Mansion and
  Cremation Service, LLC
c/o Mercedes Fornay, Owner
310 Washington Street
Williamston, NC 27892

This the 25th day of June, 2019.

RANEE SINGLETON PLLC

/s/ Ranee Singleton

Ranee Singleton
P.O. Box 697
155 N. Market Street, Suite 203
Washington, NC 27889
Telephone: 252-946-1944
Fax: 252-946-1961
*Counsel for Amanda Bramble, Administrator of the Estate of Garlette Howard*