IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA BRAMBLE, *as Administrator of the Estate of Garlette Howard*, DIBON TOONE, TRACY CARR, GARLENE HOWARD, QUEEN HOWARD, TERRY LYNCH, and MERCEDES' FUNERAL MANSION AND CREMATION SERVICES, LLC,<br><br>Defendants. | Civ. No. 4:19-cv-54-D |

## ORDER

This matter is before the Court on the motion ("Motion") by Plaintiff Metropolitan Life Insurance Company ("MetLife") entitled Consent Motion to Amend Complaint and to Amend Order to Deposit Interpleader Funds. The Court finds that good cause exists to grant the motion.

**IT IS ORDERED THAT** this Court grants leave for MetLife to file its Second Amended Complaint. The proposed Second Amended Complaint attached to the Motion as Exhibit A shall be deemed filed as of the date of this order and shall be the operative pleading in this matter.

**IT IS FURTHER ORDERED THAT** the Deposit Order entered by the Court on August 16, 2019 is amended as follows: MetLife shall tender funds in the amount of $274,800.00, plus any applicable interest, to the Clerk of this Court, within fourteen (14) days after the date of this Order, and the Clerk of this Court shall receive, hold, and place said funds in an interest bearing account, if possible, subject to further Order of this Court.

**SO ORDERED**, this the ____17____ day of September, 2019.

                                             _/s/ J. Dever_
                                             James C. Dever III
                                             United States District Judge