IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMANDA BRAMBLE, *as Administrator of the Estate of Garlette Howard*, DIBON TOONE, TRACY CARR, GARLENE HOWARD, QUEEN HOWARD, TERRY LYNCH, and MERCEDES' FUNERAL MANSION AND CREMATION SERVICES, LLC,<br><br>　　　　Defendants. | Civ. No. 4:19-cv-54-D |

## ENTRY OF DEFAULT

THIS MATTER is before the Court on the Motion for Entry of Default (the "Motion") filed by Metropolitan Life Insurance Company ("MetLife"). Having considered the Motion, the affidavit of service, matters of record, and the representations of the parties, the Court finds that Defendants Dibon Toone, Garlene Howard, Queen Howard, and Terry Lynch have each failed to plead or otherwise defend after properly being served with a summons and the First Amended Complaint in this matter, and good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that default is entered against Defendants Dibon Toone, Garlene Howard, Queen Howard, and Terry Lynch pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This the 27th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Peter A. Moore
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court